PER CURIAM.
The departure sentence entered in the instant case is reversed on authority of Ree v. State, 14 F.L.W. 565 (Fla. Nov. 16, 1989); Hamilton v. State, 548 So.2d 234 (Fla.1989); Lambert v. State, 545 So.2d 838 (Fla.1989); Coney v. State, 560 So.2d 429 (Fla. 5th DCA 1990); Johnson v. State, 557 So.2d 203 (Fla. 5th DCA 1990); and Maddox v. State, 553 So.2d 1380 (Fla. 5th DCA 1989).
REMANDED FOR RESENTENCING.
DANIEL, C.J., and COBB and GRIFFIN, JJ., concur.